UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARKQUIN AMIER PORTER,

Defendant.
______________________________/

**INDICTMENT**

The Grand Jury charges:

**(Felon in Possession of a Firearm)**

On or about August 12, 2026, in Kent County, in the Southern Division of the Western District of Michigan,

MARKQUIN AMIER PORTER,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a Sig Sauer M17 P320 9mm pistol, which was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

A TRUE BILL

[ /s/ Redacted ]
______________________________
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

______________________________
ALEXIS M. SANFORD
Assistant United States Attorney